# UNITED STATES DISTRICT COURT
для the
District of Arizona

| | |
|---|---|
| United States of America<br>v.<br>Jose Eduardo Valadez,<br>a.k.a.: Jose Valadez-Salvatierra,<br>a.k.a.: Jose Eduardo Valadez-Salvatierra,<br>(A202 064 517)<br>*Defendant* | Case No. 17-391 MJ |

## CRIMINAL COMPLAINT

I, the complainant in this case, state that the following is true to the best of my knowledge and belief.

On or about the date of September 22, 2017, in the County of Maricopa, in the District of Arizona, the defendant violated Title 8, U.S.C. § 1326(a), an offense described as follows:

Jose Eduardo Valadez, an alien, was found in the United States of America at or near Scottsdale, in the District of Arizona, after having been previously denied admission, excluded, deported, and removed from the United States at or near Nogales, Arizona, on or about April 24, 2017, and not having obtained the express consent of the Secretary of the Department of Homeland Security to reapply for admission thereto; in violation of Title 8, United States Code, Section 1326(a), and enhanced by (b)(1). I further state that I am a Deportation Officer.

This criminal complaint is based on these facts:

**See Attached Statement of Probable Cause Incorporated By Reference Herein**

REVIEWED BY: *CEB* Charles E. Bailey, P.S. for AUSA Margaret Perlmeter

☒ Continued on the attached sheet.

*Complainant's signature*

Darrin J. McNeill,
Deportation Officer
*Printed name and title*

Sworn to before me and signed in my presence.

Date: September 25, 2017

*Judge's signature*

City and state: Phoenix, Arizona

Michelle H. Burns,
United States Magistrate Judge
*Printed name and title*

# STATEMENT OF PROBABLE CAUSE

I, Darrin J. McNeill, being duly sworn, hereby depose and state as follows:

1. Your affiant is a Deportation Officer with United States Immigration and Customs Enforcement (ICE). I have learned from direct participation in the investigation and from the reports and communications of other agents and officers the facts recited herein.

2. On September 22, 2017, Jose Eduardo Valadez was arrested by the Scottsdale Police Department and booked into the Scottsdale City Jail (SCJ) on local charges. While incarcerated at the SCJ, Valadez was examined telephonically by ICE Officer Arrizon, who determined Valadez to be a citizen of Mexico, illegally present in the United States. On the same date, an immigration detainer was lodged with the city jail. On September 22, 2017, Valadez was released from the SCJ and transported to the Phoenix ICE office for further investigation and processing. Valadez was held in administrative custody until his criminal and immigration records could be obtained and his identity confirmed.

3. Immigration history checks revealed Jose Eduardo Valadez to be a citizen of Mexico and a previously deported criminal alien. Valadez was removed from the United

States to Mexico through Nogales, Arizona, on or about April 24, 2017, pursuant to an order of removal issued by an immigration judge. There is no record of Valadez in any Department of Homeland Security database to suggest that he obtained permission from the Secretary of the Department of Homeland Security to return to the United States after his removal. Valadez's immigration history was matched to him by electronic fingerprint comparison.

4. Criminal history checks revealed that Jose Eduardo Valadez was convicted of Promoting Prison Contraband, a felony offense, on October 18, 2016, in the Superior Court of Arizona, Pinal County. Valadez was sentenced to nine (9) months' incarceration. Valadez's criminal history was matched to him by electronic fingerprint comparison.

5. On September 22, 2017, Jose Eduardo Valadez was advised of his constitutional rights. Valadez freely and willingly acknowledged his rights and declined to make any further statements.

6. For these reasons, this affiant submits that there is probable cause to believe that on or about September 22, 2017, Jose Eduardo Valadez, an alien, was found in the United States of America, at or near Scottsdale, in the District of Arizona, after having been previously denied admission, excluded, deported, and removed from the United States

at or near Nogales, Arizona, on or about April 24, 2017, and not having obtained the express consent of the Secretary of the Department of Homeland Security to reapply for admission thereto; in violation of Title 8, United States Code, Section 1326(a), and enhanced by (b)(1).

_____
Darrin J. McNeill,
Deportation Officer,
Immigration and Customs Enforcement

Sworn to and subscribed before me
this 25th day of September, 2017.

_____
Michelle H. Burns,
United States Magistrate Judge